UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura Egerman, Esq. (LE-8250)

Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**GREG THOMAS VAN DE SANDE and
MELISSA KIMBERLY VAN DE SANDE**

   **Debtors.**

Case No.:    14-28655-CMG

Chapter:    13

Hearing Date: December 6, 2017

Judge:    Christine M. Gravelle

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: December 6, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **2**
Debtors: Greg Thomas Van De Sande and Melissa Kimberly Van De Sande
Case No.: 14-28655-CMG
Caption of Order: **Order Vacating Stay**

---

Upon the motion of Nationstar Mortgage LLC, ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

**173 Arizona Ave., Toms River (Dover Township), New Jersey 08753.**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.