**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Greg Thomas Van De Sande <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7746 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Melissa Kimberly Van De Sande <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5485 <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–28655–CMG

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Greg Thomas Van De Sande

Melissa Kimberly Van De Sande
aka Melisssa Kimberly Bock–Van De Sande

5/24/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 14-28655-CMG
Greg Thomas Van De Sande                                                            Chapter 13
Melissa Kimberly Van De Sande
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: May 24, 2018
                               Form ID: 3180W          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db          +Greg Thomas Van De Sande,    3162 Windsor Ave.,    Toms River, NJ 08753-4852
jdb         +Melissa Kimberly Van De Sande,    173 Arizona Ave,    Toms River, NJ 08753-2357
cr          +PNC Bank, National Association,    c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
515057000    Ally Capital Lease Trust serviced by Ally Servicin,    PO Box 130424,    Roseville, MN 55113-0004
515043360    Central Credit Services LLC,    PO Box 11597,    Jacksonville, FL 32239-1597
515043363   +Edison Imaging Associates,    PO Box 371863,    Pittsburgh, PA 15250-7863
515043366    Great Lakes,    PO Box 530229,    Atlanta, GA 30353-0229
515043367   +Hospital Of University Of PA,    Penn Medicine,    1500 Market St. Um 600,
              Philadelphia, PA 19102-2157
515043368    Hyundai Motor Customer Service,    PO Box 20829,    Fountain Valley, CA 92728-0829
515043371    Jersey Shore Medical,    PO Box 399,    Neptune, NJ 07754-0399
515043376    Meridian Laboratory Physicians, PA,    PO Box 60280,    North Charleston, SC 29419-0280
515043377    Meridian Medical Associates,    PO Box 416656,    Boston, MA 02241-6656
515043378    Monmouth Cardiology Associates,    2102 Corlies Ave,    Neptune, NJ 07753-6141
515262993   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
              PO Box 630267,    Irving, TX 75063)
515043379    NJ Comprehensive Epilepsy Center,    PO Box 325,    Princeton Junction, NJ 08550-0325
517144529   +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515043381   +Ocean GYN & OB Assoc, LW,    PO Box 8000, Dept. 797q,    Buffalo, NY 14267-0002
515062023   +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
515043383    PNC Bank,    P5-PCLC-01-J,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
515208822   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515043384    Saint Barnabas Health Care,    C/O APEX,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
515043385    Seaview Orthopaedic,    1200 Eagle Ave,    Ocean, NJ 07712-7631
515043386    State Of New Jersey,    Division Of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
515043387    Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
515171945    United States Department of Education,    Claims Filing Unit,    P O Box 8973,
              Madison, WI 53708-8973
515043388    Victoria Secret,    PO Box 182789,    Greensboro, NC 27427
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 23:55:34      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 23:55:28      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
              Newark, NJ 07102-5235
515043356    EDI: GMACFS.COM May 25 2018 03:18:00      Ally Bank Lease Trust,    PO Box 8140,
              Cockeysville, MD 21030-8140
515056996    EDI: GMACFS.COM May 25 2018 03:18:00      Ally Bank serviced by Ally Servicing LLC,
              PO Box 130424,    Roseville, MN 55113-0004
515043357    EDI: GMACFS.COM May 25 2018 03:18:00      Ally Smart Lease,    PO Box 8140,
              Cockeysville, MD 21030-8140
515249820    EDI: RESURGENT.COM May 25 2018 03:18:00      Ashley Funding Services, LLC its successors and,
              assigns as assignee of Laboratory,    Corporation of America Holdings,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515043358    EDI: WFFC.COM May 25 2018 03:18:00      Bobs Discount Furniture,
              Wells Fargo National Bank/Client Process,    800 Walnut St,    Des Moines, IA 50309-3605
515043359    EDI: RMSC.COM May 25 2018 03:18:00      Care Credit - GECRB,    PO Box 960061,
              Orlando, FL 32896-0061
515043361    EDI: CHASE.COM May 25 2018 03:18:00      Chase Card Services,    Cardmember Service,
              PO Box 15298,    Wilmington, DE 19850-5298
515064841   +EDI: TSYS2.COM May 25 2018 03:18:00      Department Stores National Bank/Macys,
              Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
515054156    EDI: DISCOVER.COM May 25 2018 03:18:00      Discover Bank,    DB Servicing Corporation,
              PO Box 3025,    New Albany, OH 43054-3025
515043362    EDI: DISCOVER.COM May 25 2018 03:18:00      Discover Card,    Bankruptcy Department,
              PO Box 3025,    New Albany, OH 43054-3025
515052682    EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit Company LLC,    Dept. 55953,
              P.O. Box 55000,    Detroit, MI 48255-0953
515053851    EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit Company, LLC,    P.O. Box 62180,
              Colorado Springs, CO 80962
515043364    EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit,    PO Box 542000,
              Omaha, NE 68154-8000
515043365    EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit Company,    CAB East LLC,
              PO Box 105704,    Atlanta, GA 30348-5704
515069200   +EDI: HY11.COM May 25 2018 03:18:00      Hyundai Motor Finance,    PO Box 20809,
              Fountain Valley, CA 92728-0809
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: May 24, 2018
                              Form ID: 3180W           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515043369        EDI: IRS.COM May 25 2018 03:18:00      IRS,   PO Box 7346,   Philadelphia, PA  19101-7346
515256918        EDI: JEFFERSONCAP.COM May 25 2018 03:18:00      Portfolio America Asset Management Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-9617
515043372        E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org May 24 2018 23:56:20
                 Jersey Shore University Medical Center,   Attn: Patient Accounts Department,   PO Box 416765,
                 Boston, MA  02241-6765
515043373        EDI: RMCB.COM May 25 2018 03:18:00      Laboratory Corporation Of America,   C/O AMCA,
                 4 Westchester Plz Ste 110,   Elmsford, NY  10523-1615
515043374        EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,   Bankruptcy Processing,   PO Box 8053,
                 Mason, OH  45040-8053
515043375        E-mail/Text: Meridianbankruptcy@hackensackmeridian.org May 24 2018 23:56:19      Meridian Health,
                 PO Box 399,   Neptune, NJ  07754-0399
515043380        E-mail/Text: rknorr@oceanfirst.com May 24 2018 23:56:11      Ocean First Bank,   975 Hooper Ave,
                 Toms River, NJ  08753-8320
515043382        E-mail/Text: bankruptcy@onlineis.com May 24 2018 23:56:08      On Line Collections,
                 PO Box 1489,   Winterville, NC  28590-1489
515235967        EDI: PRA.COM May 25 2018 03:18:00      Portfolio Recovery Associates, LLC,   c/o Care Credit,
                 POB 41067,   Norfolk VA 23541
515200585        EDI: WFFC.COM May 25 2018 03:18:00      Wells Fargo Bank NA,   PO Box 10438,
                 Des Moines IA  50306-0438
                                                                                                TOTAL: 27

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                   (address filed with court: Ford Motor Credit Company, LLC,   P.O. Box 62180,
                   Colorado Springs, CO  80962)
515043370*       IRS - Special Procedures,   PO Box 744,   Springfield, NJ  07081
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Frank J. Fischer    on behalf of Joint Debtor Melissa Kimberly Van De Sande rugger52@aol.com
              Frank J. Fischer    on behalf of Debtor Greg Thomas Van De Sande rugger52@aol.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jordan Seth Blask    on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Justin  Plean    on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                                TOTAL: 11
```