Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 14−28655−CMG
                          Chapter: 13
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Greg Thomas Van De Sande
3162 Windsor Ave.
Toms River, NJ 08753

Melissa Kimberly Van De Sande
aka Melisssa Kimberly Bock−Van De Sande
173 Arizona Ave
Toms River, NJ 08753

Social Security No.:
  xxx−xx−7746                                    xxx−xx−5485

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 26, 2018</u>                   <u>Christine M. Gravelle</u>
                                            Judge, United States Bankruptcy Court